O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8956 AHM (CTx) | Date | December 18, 2009 |
|---|---|---|---|
| Title | US BANK NATIONAL ASSOCIATION AS TRUSTEE v. MARK LASOFF, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

    Defendant Karen Logan filed a Notice of Removal ("NOR") on December 7, 2009. According to the date stamp on the Verified Complaint attached to the NOR, Plaintiff U.S. Bank National Association, as Trustee filed this action for unlawful detainer in the Los Angeles County Superior Court on June 12, 2009.  Defendant does not indicate in her NOR exactly when she and the other Defendants were served, but she filed a demurrer in the state court action on July 27, 2009 and an answer dated September 8, 2008 (presumably actually September 8, 2009).  Thus, the Complaint was deemed served at least when Defendant answered on September 8, 2009, nearly three months before she filed her NOR in this Court.  A "notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading . . . or within thirty days after the service of the summons . . . ." 28 U.S.C. § 1446(b).  *See, e.g.*, *Teitelbaum v. Soloski*, 843 F.Supp. 614, 615 (C.D. Cal. 1994).

    The Court therefore ORDERS Defendant to SHOW CAUSE in writing by not later than January 4, 2010 why this Court should exercise jurisdiction given the strong likelihood that the NOR was untimely.

                                                                                                                                                              :

Initials of Preparer     SMO