O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8956 AHM (CTx) | Date | January 5, 2010 |
|---|---|---|---|
| Title | US BANK NATIONAL ASSOCIATION AS TRUSTEE v. MARK LASOFF, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**       IN CHAMBERS (No Proceedings Held)


     On December 18, 2009, the Court ordered Defendant to show cause by January 4, 2009 why this case should not be remanded for untimely removal.  Defendant has filed no response to the Court's Order to Show Cause.  Accordingly, the Court REMANDS this case to the Superior Court for the County of Los Angeles.

                                                                                           :

                                                                 Initials of Preparer     SMO

**JS-6**